UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| BRIAN D. GANN, | ) | |
| Plaintiff, | ) | |
| v. | ) | No.: 3:26-CV-85-TAV-JEM |
| BOB EDWARDS, | ) | |
| Defendant. | ) | |

# ORDER

This civil matter is before the Court on a Report and Recommendation ("R&R") entered by United States Magistrate Judge Jill E. McCook on October 21, 2026 [Doc. 12]. In the R&R, Judge McCook granted plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs [*see* Doc. 4] but given his status as an inmate in the Blount County Detention Center, assessed him the civil filing fee of $350.00 [Doc. 12, pp. 1–2, 6]. After screening the second amended complaint, Judge McCook recommended that the Court dismiss plaintiff's second amended complaint because his claim against defendant in his official capacity is barred by the Eleventh Amendment [*Id.* at 4–6; *see* Doc. 11]. There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6(d), 72(b).

After a careful review of the matter, the Court agrees with the magistrate judge's recommendation. Therefore, the Court **ACCEPTS** and **ADOPTS** the R&R in whole [Doc. 12]. Accordingly, it is hereby **ORDERED** that plaintiff's case is **DISMISSED**,

and the Clerk of Court is **DIRECTED** to **CLOSE** this case. A separate judgment order will follow.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE